[  ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**                                                                                         **Case No.:**

(1) Eric Charles Grayson

(2)

**Debtor(s).**                                                                                 **Chapter 13**

**CHAPTER 13 PLAN**

**ADDRESS:**

(1) 10023 Gosling Circle N, #301                     (2)

Cordova, TN 38016

**PLAN PAYMENT:**

Debtor (1) shall pay: $ 550.00     ( ) weekly, ( ) every two weeks, ( X ) semi-monthly, or ( ) monthly by:

( X ) **PAYROLL DEDUCTION** from:                      OR      ( ) **DIRECT PAY**

Kuehne & Nagel, Inc., 10 Exchange Place, 19th Floor, Jersey City, NJ 07302

Debtor (2) shall pay: $        ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly by:
( ) **PAYROLL DEDUCTION** from:                      OR      ( ) **DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]          ( ) YES  ( X ) NO

    (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE    ( X ) YES  ( ) NO
    COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]

    (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].        ( ) YES  ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; OR ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**                                                                          **Monthly Plan Payments**

    Paid by: ( ) Debtor(s) directly,    ( ) Wage Assignment, OR    ( X ) Trustee to:

    Payee:   Alea Polite c/o Div of Child Support Enforcement East Virginia District Office

    ongoing payment begins: 5/1/2020                                                        $ 370.00

    approximate arrearage: $ 9,469.00                                                       $ 158.00

5. **PRIORITY CLAIMS:**                                      **Amount**                   **Monthly Plan Payments**

6. **HOME & MORTGAGE CLAIMS:**

    ( ) Paid directly by Debtor(s);  OR  ( ) Paid by Trustee to:

    Mortgagee:

    ongoing payment begins:                                                                 $

    approximate arrearage: $                     Interest: 0 %                              $

    Collateral:

7. **SECURED CLAIMS:**
    [Retain lien 11 U.S.C. §1325 (a)(5)]          **Value of collateral**     **Rate of interest**     **Monthly plan payment**

    GM Financial                                  $ 16,571.00                 14%                      $ 386.00

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of collateral | Rate of interest | Monthly plan payment |
|---|---|---|---|
| American First Finance | $ 655.00 | 6% | $ 13.00 |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

Collateral:

10. **SPECIAL CLASS UNSECURED CLAIMS:**    Amount    Rate of interest    Monthly plan payment

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**    Not provided for    OR    General unsecured credotpr

US Dept of Ed/Great Lakes        NOT PROVIDED FOR

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $ 8,000.00    however, amount is to be determined after all claims are filed, undersecured amounts determined, deficiencies determined, etc.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
    (A) ( ) _____%, OR,
    (B) ( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**    Assumes    OR    Rejects

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately __60__ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

____/s/ Philip F. Counce_____    DATE: _2/21/2020_____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**